IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-04061-TPO

YOSELL OCTAVIO COLINDRES CARMONA,

      Petitioner,

v.

DAWN CEJA,
Warden, Denver Contract Detention Facility (Aurora);
ACTING DIRECTOR OF DENVER FIELD OFFICE,
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT;
KRISTI NOEM,
Secretary, U.S. Department of Homeland Security;
PAMELA JO BONDI,
U.S. Attorney General; and
TODD M. LYONS,
Acting Director, U.S. Immigration and
Customs Enforcement,

in their official capacities,

      Respondents.

---

## MINUTE ORDER

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge on March 2, 2026.**

On February 6, 2026, the Court granted Petitioner's habeas corpus petition and ordered he be provided with a bond hearing by February 13, 2026. ECF 22. The Parties have filed a Joint Status Report [ECF 23], confirming Petitioner's bond hearing was held on February 12, 2026, and that Petitioner posted bond and was released on February 19, 2026.

The Clerk of Court is **directed** to close this case.